424 A.2d 493

COMMONWEALTH of Pennsylvania

v.

**Walter BURESS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 1980.

Decided Jan. 27, 1981.

George E. Goldstein, Pottstown, for appellant.

Robert B. Lawler, Chief, Appeals Div., Kenneth S. Gallant, Asst. Dist. Attys., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Judgment of Sentence of the Court of Common Pleas of Philadelphia is affirmed.